IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                   Case No. 24-CV-583

JENNIFER LUDACK,

      Defendant,

TAMARACK HEALTH ASHLAND
MEDICAL CENTER,

      Garnishee Defendant.

---

## ORDER TERMINATING GARNISHMENT

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on the defendant's termination of employment by garnishee defendant.

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this __3RD__ day of _SEPTEMBER_, 2025.

                                                            BY THE COURT:

                                                            _/s/ James D. Peterson_
                                                             JAMES D. PETERSON
                                                             United States District Judge