IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                            Case No. 24-CV-583

JENNIFER LUDACK,

      Defendant,

NORTHERN LIGHTS SERVICES INC.,

      Garnishee Defendant.

---

### ORDER DISMISSING GARNISHMENT

---

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter based on the defendant returning to service,

IT IS HEREBY ORDERED that the garnishment be dismissed, and the garnishee defendant be released from any further obligation in this case.

Entered this __3RD__ day of __FEBRUARY__, 2026.

                                            BY THE COURT:

                                            _/s/ James D. Peterson_
                                            JAMES D. PETERSON
                                            United States District Judge